IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY CONNER NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-116 (MTT) |
| ) | |
| DR. EDWARD HALE BURNSIDE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 64).  The Magistrate Judge recommends granting Defendant Burnside's motion for summary judgment (Doc. 59) because the Plaintiff has not shown there are genuine issues of material fact regarding Dr. Burnside's alleged deliberate indifference to the Plaintiff's serious medical needs.  The Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court.  The Defendant's motion for summary judgment (Doc. 59) is **GRANTED**.

**SO ORDERED**, this 19th day of February, 2014.

                                                    S/ Marc T. Treadwell
                                                    MARC T. TREADWELL, JUDGE
                                                    UNITED STATES DISTRICT COURT